KENNETH CLARK, an Infant, by His Guardian ad Litem, ALBERT CLARK, et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, et al., Defendants.—

No opinion. Carswell, Johnston, Sneed and Wenzel, JJ., concur; Nolan, P. J., dissents and votes to reverse the judgment and to reinstate the verdict, with the following memorandum: In my opinion a jury question was presented as to the failure of the teacher to give proper instructions. (Cf. *Gardner* v. *State of New York*, 281 N. Y. 212.)

DUNBAR CAMPS, INC., Respondent, v. SOL AMSTER et al., Appellants, et al., Defendants. (Consolidated Appeals.) —

Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.